UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-21048-BLOOM/Elfenbein

CESAR ARMANDO VARGAS
VIRACACHA,

    Plaintiff,

v.

PAM BONDI, Attorney General of the
U.S., KRISTI NOEM, Secretary of the
Department of Homeland Security,
JOSEPH B. EDLOW, Director of U.S.
Citizenship and Immigration Services,
Miami Field Office Director,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [9] ("Notice"), filed on March 13, 2026. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [9]**, is **APPROVED** and **ADOPTED**;

2. Pursuant to Fed. R. Civ. P. 41(a)(1), the above-styled case is **DISMISSED WITHOUT PREJUDICE;**

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 26-cv-21048-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 13, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:       Counsel of Record